AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

**UNITED STATES DISTRICT COURT**
    Eastern   District of   California

JUDGMENT

UNITED STATES OF AMERICA
                V.                       Case Number: 6:07-mj-00029-WMW

        Joseph Marion Hastings          Peter Adolf, Assistant Federal Defender
                                              Defendant's Attorney

*THE DEFENDANT:*

[X]       Pleaded guilty to count(s) One and Two                                                        .


        *Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| *CVC 14601.1 (a)* | *Driving Suspended Drivers License* | *One* | *9/29/2006* |
| *36 CFR 4.22 (b)(1)* | *Unsafe Vehicle Operation* | *Two* | *9/29/2006* |

*The defendant is sentenced as provided in page 2 of this Judgment.*

[X] Counts three and four are dismissed on the motion of the United States.
[X]  The mandatory special assessment imposed by this Judgment is $20, payable to the Clerk of the Court, United States District Court, 2500 Tulare Street, Suite 1501, Fresno, California  93721.

        *It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*                     July 10, 2007
                                                     *Date of Imposition of Sentence*

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

*Defendant's mailing address:*                       /s/ William M. Wunderlich
                                                     *Signature of Judicial Officer*

Firebaugh, CA 93622-2335
                                                     William M. Wunderlich
*Defendant's residence address:*                     U.S. Magistrate Judge
(including County of residence)                      *Name and Title of Judicial Officer*


                                                     *Date*:  July 30, 2007

*Judgment--Page  2  of  3*

*Defendant:*  Joseph M. Hastings
*Case Number:* 6:07-mj-00029-WMW

### PROBATION

*The defendant is hereby placed on Supervised probation for a term of:*

Until December 2, 2008

While on probation, the defendant shall not commit another federal, state or local crime, shall not possess a firearm or destructive device, shall not illegally possess a controlled substance and shall comply with the standard conditions which have been recommended by the United States Sentencing Commission and adopted by this court.

Further, the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

The defendant  shall also comply with the standard conditions that have been adopted by this court (set forth on the following page) and shall comply with the following additional conditions:

1.  As directed by the probation officer, the defendant  shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if you have reverted to the use of drugs or alcohol.

2.  As directed by the probation officer, the defendant shall complete a 6 month residential treatment program for substance abuse.  At the conclusion of the treatment program,  the defendant shall reside in a transitional house and continue  treatment.

3.  Defendant shall pay fine total of $1200.  In lieu of the $1200 fine, the defendant shall complete 150 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program.  Community service shall be completed by May 6, 2008.

4. The defendant shall not operate a motor vehicle unless he is properly licensed and the vehicle is properly registered and insured.

5.  During the term of probation, the defendant shall remain outside the boundaries of Yosemite National Park.

*Defendant:*   Joseph M. Hastings
*Case Number:* 6:07-mj-00029-WMW

## STANDARD CONDITIONS OF SUPERVISION
*While the defendant is on probation or supervised release pursuant to this Judgment:*

*1)  the defendant shall not leave the judicial district without permission of the court or probation officer;*

*2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;*

*3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;*

*4) the defendant shall support his or her dependents and meet other family responsibilities;*

*5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;*

*6) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;*

*7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;*

*8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;*

*9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;*

*10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;*

*11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;*

*12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;*

*13) as directed by the probation officer, the defendant shall notify third parties of risk that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.*

*These conditions are in addition to any other conditions imposed by this Judgment.*